01

02

03

04

05

06

07

08

09

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10   UNITED STATES OF AMERICA,       )

11          Plaintiff,         )    Case No. 07-MJ-426

12      v.                       )

                                 )    DETENTION ORDER

13   STACY EARL STITH,         )

14         Defendant.        )

     _____ )

15

16   <u>Offenses charged</u>:

17       Count 1 and 2: Distribution of Cocaine Base in the Form of Crack Cocaine in violation

18   of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii).

19       Count 3: Possession of Cocaine Base in the Form of Crack Cocaine with the Intent to

20   Distribute in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(iii).

21   <u>Date of Detention Hearing</u>:     September 10, 2007.

22       The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

23   based upon the factual findings and statement of reasons for detention hereafter set forth, finds

24   the following:

25      <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

26       (1)      Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that

DETENTION ORDER                                                15.13
18 U.S.C. § 3142(i)                                             Rev. 1/91
PAGE 1

01 defendant is a flight risk and a danger to the community based on the nature of the pending

02 charges.  This places a limited burden of production on the defendant, although the burden of

03 persuasion remains with the government.  Application of the presumption in favor of detention

04 is appropriate in this case.

05         (2)     Defendant has a lengthy criminal record based upon his background history

06 check.

07         (3)     Defendant has on-going substance-abuse issues.

08         (4)     Defendant has a history of failures to appear.

09         (5)     Defendant has a history of failures to comply with Court Orders, indicating an

10 unwillingness or inability to comply with terms of supervision.

11         (6)     Defendant is associated with eighteen (18) alias names, five (5) dates of birth,

12 and four (4) social security numbers.

13         (7)     There appear to be no conditions or combination of conditions other than

14 detention that will reasonably address the risk of flight and risk of danger to other persons or

15 to the community.

16         IT IS THEREFORE ORDERED:

17         (1)     Defendant shall be detained pending trial and committed to the custody of the

18                 Attorney General for confinement in a correctional facility separate, to the

19                 extent practicable, from persons awaiting or serving sentences or being held in

20                 custody pending appeal;

21         (2)     Defendant shall be afforded reasonable opportunity for private consultation

22                 with counsel;

23         (3)     On order of a court of the United States or on request of an attorney for the

24                 government, the person in charge of the corrections facility in which defendant

25                 is confined shall deliver the defendant to a United States Marshal for the

26                 purpose of an appearance in connection with a court proceeding; and

01     (4)    The Clerk shall direct copies of this Order to counsel for the United States, to

02                 counsel for the defendant, to the United States Marshal, and to the United

03                 States Pretrial Services Officer.

04                 DATED this 10th day of September, 2007.

05

06

07                                       JAMES P. DONOHUE

08                                       United States Magistrate Judge

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DETENTION ORDER                                               15.13
18 U.S.C. § 3142(i)                                          Rev. 1/91
PAGE 3